UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-20320-HUCK

**OSCAR HERRERA**,

vs.

**BOOKS & BOOKS OF CORAL GABLES, INC**,

    Defendant.
_____/

CLOSED CIVIL CASE

## ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

**THIS MATTER** is before the Court upon the Parties' Stipulation of Dismissal With Prejudice **[ECF No. 16]**, filed on April 11, 2025. The Parties advise the Court that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to dismissal of this action with prejudice. Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that all of Plaintiff's claims in this civil action are hereby **DISMISSED WITH PREJUDICE**. All pending motions in this civil action are thus **DENIED as MOOT**. And the clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Miami, Florida, on April 14, 2025.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC:    All counsel of record